Elmer D. **WILLIAMS**, Movant/Appellant,

v.

**STATE** of Missouri, Respondent.

No. ED 85103.

Missouri Court of Appeals, Eastern District, Division Four.

May 17, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 28, 2005.

Application for Transfer Denied Aug. 30, 2005.

Daniel L. Viets, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nicole L. Loethen, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN and MARY K. HOFF, JJ.

### ORDER

PER CURIAM.

The movant, Elmer Williams, appeals from the judgment denying his Rule 29.15 motion after an evidentiary hearing. The trial court's findings of fact and conclusions of law are not clearly erroneous. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only,

setting forth the reasons for this order. The judgment is affirmed. Rule 84.16(b).